# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **PRISCILLA L. MILAM,** § § § **Plaintiff,** § § **v.** § § **KILOLO KIJAKAZI, ACTING** § **COMMISSIONER OF SOCIAL** § **SECURITY,** § § **Defendant.** | **CIVIL ACTION NO. 6:23-CV-00040-JDK** |

## AMENDED REPORT AND RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

On January 3, 2024, this court issued a report and recommendation recommending that Plaintiff's application for application for attorney fees under the Equal Access to Justice Act ("EAJA") (Doc. No. 20) be granted. (Doc. No. 21). This amended report and recommendation takes the place of the original solely for the purpose of correcting the calculation therein. Since the issuance of the report and recommendation, the annual CPI for the Dallas-Fort Worth-Arlington area has been released. The series now reports an annual CPI of 287.974. (See U.S. Bureau of Labor and Statistics CPI for All Urban Consumers (CPI-U), Series ID: CUURS37ASA0, available at https://data.bls.gov/pdq/SurveyOutputServlet). Taking the annual CPI for 2023 of 287.974 and subtracting the annual 1996 cost of living factor, 148.8, results in a difference of 139.174. Diving this difference by the 1996 annual factor, 148.8, results in a quotient of .935 or a 93.5% increase in the cost of living since 1996. Multiplying an increase of 1.935 times the hourly rate established in 1996, $125.00, results in an adjusted amount of attorney's fees of $241.88.

1

The work conducted by Plaintiff's counsel in this case all occurred in 2023 (Doc. No. 20-7), yet, likely given the not-yet-reported data, Plaintiff's counsel used the annual CPI from 2022, 273.855, to calculate the proposed hourly rate (Doc. No. 21, n. 21). Because the annual CPI for 2023 has now been released, the matter of fees is more accurately calculated using that rate—the rate for the year in which the legal work was conducted in this case. Accordingly, the court finds that an adjusted rate of $241.88 is more reasonable. Considering the 31.8 hours worked in this case, this yields an EAJA fee award in the amount of $7,691.63.

Therefore, the court **RECOMMENDS** that Plaintiff's application (Doc. No. 20) be **GRANTED** as amended herein and that the Commissioner pay to Plaintiff the sum of $7,691.63 in fees pursuant to EAJA, 28 U.S.C. § 2412(d), and $402.00 in costs, by making the payment payable to Plaintiff and sending the payment to Plaintiff's counsel.

**So ORDERED and SIGNED this 30th day of January, 2024.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE